# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. PEDRO RIVERA                                    Docket No. 3:01CR00029(PCD)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Earl D. Mack, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Pedro Rivera who was sentenced to 60 months for Possession with Intent to Distribute Cocaine Base, a violation of 21 U.S.C. § 841(a)(1) by the Honorable Peter C. Dorsey, Senior United States District Judge sitting in the Court at New Haven, Connecticut on October 31, 2001 who fixed the period of supervision at four years which commenced on October 26, 2004 and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: 1) The defendant shall obtain a mental health evaluation and participate in a mental health treatment program as deemed necessary by the probation officer. 2) The defendant shall obtain substance abuse treatment and/or counseling as deemed necessary by the United States Probation Office; 3) The defendant shall have no involvement or relationship with, nor be in the presence of any actual usage of, dealing in or distribution of drugs of any nature; and 4) The defendant is not eligible for benefits pursuant to 21 U.S.C. § 862.

Mr. Rivera's term of supervision began on October 26, 2004 and is scheduled to terminate on October 25, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

<u>Standard Condition : You shall not commit another federal, state, or local crime. You shall not illegally possess a controlled substance</u>. On November 7, 2005, Mr. Rivera was arrested and charged by the New Britain Police Department for Operating a Drug factory, Possession of a Narcotic/Hallicinogen Substance, Possession of a Narcotic With Intent To Sell within 1500 Feet of a School/Daycare/Housing Project and Risk of Injury to a Minor. Mr. Rivera was arrested for selling cocaine to an undercover narcotics officer in New Britain, Connecticut. The New Britain Police Department obtained a search warrant for his residence located in Wethersfield, Connecticut, where 2 pounds of cocaine, $17,500 in U.S. currency and various drug paraphernalia was also found. Mr. Rivera remains in custody and held on a $250,000 bond. Mr. Rivera's next scheduled court date is on May 2, 2006 at 9:00 a.m. in Connecticut Superior Court (GA 15).

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a warrant to be lodged as a detainer and toll Mr. Rivera's term of supervised release.

**ORDER OF COURT**

Considered and ordered this 30th day of March, 2006 and ordered filed and made a part of the records in the above case.

The Honorable Alvin W. Thompson
United States District Judge

Sworn to By
_Earl D. Mack_
Earl D. Mack
United States Probation Officer

Place __Hartford, Connecticut__
Date __3/30/06__

Before me, the Honorable Alvin W. Thompson, United States District Judge, on this 30th day of March, 2006 at Hartford, Connecticut, United States Probation Officer Earl D. Mack appeared and upon oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Alvin W. Thompson
United States District Judge