UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA           :

      v.                                 :            Crim. No. 3:01CR29(PCD)

PEDRO RIVERA                       :

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

      Comes now the United States of America, prosecuting in its own sovereign right and behalf by Michael J. Gustafson, Assistant U.S. Attorney, and respectfully informs this Honorable Court:

      1. On Thursday, June 29, at 1:00 p.m., there will come before this Court, at New Haven, Connecticut, the criminal case of <u>United States v. Pedro Rivera</u>, Criminal Number 3:01CR29(PCD), for a supervised release hearing.

      2. That the above named defendant, PEDRO RIVERA, is charged with noncompliance with the conditions of his supervised release, with a violation of Title 18, United States Code, Section 3583.

      3. That the said PEDRO RIVERA is now confined at the Osborn Correctional Institution, Somers, Connecticut serving his sentence for state charges.

      4. That the said PEDRO RIVERA should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offenses, or from time to time thereafter as the case may be adjourned to.

      WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, Osborn Correctional Institution,

- 2 -

Somers, Connecticut and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said PEDRO RIVERA on Thursday, June 29, 2006, at 1:00 p.m. at the United States Courthouse, 141 Church Street, New Haven, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


BY:  /s/ David A. Ring
     DAVID A. RING
     ASSISTANT UNITED STATES ATTORNEY

FOR: MICHAEL J. GUSTAFSON
     ASSISTANT UNITED STATES ATTORNEY
     FEDERAL BAR NO. CT01503
     157 CHURCH STREET
     NEW HAVEN, CONNECTICUT  06510
     (203) 821-3700
     fax (203) 821-3829
     MIKE.GUSTAFSON@USDOJ.GOV

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, OSBORN CORRECTIONAL INSTITUTION, BILTON ROAD, SOMERS, CONNECTICUT, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES,

G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of **PEDRO RIVERA** (Inmate Number 21217-069, DOB: 12/29/71) now detained under your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said **PEDRO RIVERA** before the United States District Court, District of Connecticut, at the United States Courthouse, **141 Church Street, New Haven**, Connecticut, on **Thursday, June 29, 2006**, or from time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said **PEDRO RIVERA** for violation of Title 18, United States Code, Section **3583**, and immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return the said **PEDRO RIVERA** to the Warden, **Osborn Correctional Institution,** 100 Bilton Road, Somers, Connecticut, 06071, for safe and secure conduct.

_____
CLERK, UNITED STATES DISTRICT COURT

The foregoing Writ is hereby allowed.
Dated at New Haven, Connecticut,
this _____ day of ____, 200_.


_____
ELLEN BREE BURNS
UNITED STATES DISTRICT JUDGE