UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| V. : | |
| PEDRO RIVERA : | CASE NO. 3:01CR00029(PCD) |

## ORDER REVOKING SUPERVISED RELEASE AND IMPOSING SENTENCE

On October 31, 2001, this Court sentenced the defendant to a term of incarceration of 60 months to be followed by supervised release for four years for Possession With Intent to Distribute Heroin in violation of 21 U.S.C. § 841(a)(1). Conditions of supervised release set by the Court required, among other things, that the defendant not commit another federal, state or local crime.

On June 29, 2006, the defendant appeared with counsel for a hearing to determine if the defendant had violated the foregoing conditions. At that time, the defendant admitted that he had violated his supervised release in that he had been convicted of possession of cocaine. Based on the entire record, the Court found that the defendant had violated the foregoing conditions of his supervised release.

Accordingly, it is hereby ordered that the term of supervised release is revoked and the defendant is committed to the custody of the Bureau of Prisons for a term of three years to run concurrent to his state sentence. There will be no period of supervised release to follow.

So ordered.

Dated at New Haven, Connecticut this 29th day of June 2006.

_____
Peter C. Dorsey
Senior United States District Judge